STATE OF NEW JERSEY v. JAMES WYNN.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDY GELB.

May 19, 1987.

Petition for certification denied.   (See 212 *N.J.Super.* 582)

VIVIAN LEWIS v. NEW JERSEY DEPARTMENT OF HEALTH.

May 19, 1987.

Petition for certification denied.

STEPHEN GIDDIO, ET UX. v. LINCROFT INN, INC.

May 19, 1987.

Petition for certification denied.